NO.
12-05-00181-CV

 

              IN THE COURT OF APPEALS

 

 TWELFTH COURT OF APPEALS DISTRICT

 

                             TYLER, TEXAS

 

THE STATE OF TEXAS,                                '     APPEAL
FROM THE 294TH

APPELLANT

 

V.                                                                         '     JUDICIAL
DISTRICT COURT OF

 

DOUG NELSON, INDIVIDUALLY AND 

ON BEHALF OF BRIAN CRAIG NELSON,

A MINOR CHILD, AND ON BEHALF OF 

THE
ESTATE OF SUSAN NELSON,           '     VAN ZANDT
COUNTY, TEXAS

ADRIAN PAUL HEWITT, JAMES 

DOUGLAS NELSON, III, STEPHEN

MICHAEL HEWITT AND RACHEL LEIGH

HEWITT SHERWOOD,

APPELLEES                                                      

 





                                                     MEMORANDUM
OPINION

                                                                 PER
CURIAM

Appellant and Appellees
have filed a joint motion to dismiss this appeal.  In their motion, the parties represent that
they have reached an agreement which disposes of all issues presented for
appeal.  Because the motion complies with
Texas Rule of Appellate Procedure 42.1(a)(1), the
motion is granted, and the appeal is dismissed.     

Opinion
delivered December 21, 2005.

Panel consisted of Worthen, C.J., Griffith, J., and DeVasto, J.

 

                                                                              

 

 

                                                                     (PUBLISH)